IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **LADA EVREINOVA,** § <br> Petitioner, § <br> § <br> v. § <br> § <br> **KRISTI NOEM,** *Secretary, U.S.* § <br> *Department of Homeland Security, et al.*, § <br> Respondent. § | EP-26-CV-00423-DB |

### ORDER TRANSFERRING CASE

On this day, the Court considered Petitioner Lada Evreinova's "Petition Habeas Corpus Relief," ECF No. 1, filed on February 12, 2026. Therein, Petitioner asserts she is "is currently in the physical custody of Respondent at the Dilley ICE Processing Center in Dilley, Texas." ECF No. 1 at 10.

Accordingly, **IT IS THEREFORE ORDERED** the District Clerk's Office **SHALL TRANSFER** the above-captioned case to the Western District of Texas – San Antonio Division for adjudication.

**SIGNED** this **12th** day of **February 2026.**

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE